JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAMS,<br><br>        Petitioner,<br><br>  v.<br><br>R.J. SUBIA, Warden,<br><br>        Respondent. | Case No. SACV 08-976-GAF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 16, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE